1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL F. MADDEN,                    )   Civil No. 10cv181-L(NLS)
                                         )
12              Plaintiff,               )   **DISMISSAL WITH PREJUDICE**
                                         )
13  v.                                   )
                                         )
14  MIDLAND CREDIT MANAGEMENT,           )
    INC.,                                )
15                                       )
                Defendant.               )
16  _____ )

17        Pursuant to Federal Rule of Civil Procedure 41(a), the parties' Joint Motion for Dismissal

18  is **GRANTED**.  This action is hereby **DISMISSED WITH PREJUDICE**.

19        **IT IS SO ORDERED.**

20  DATED:  June 7, 2010

21                              _____
                                M. James Lorenz
22                              United States District Court Judge

23  COPY TO:

24  HON. NITA L. STORMES
    UNITED STATES MAGISTRATE JUDGE

25  ALL PARTIES/COUNSEL

26
27
28

10cv181